**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Craig B. Ellis<br>Lisa E. Ellis<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-17946 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1641

                                               Respectfully submitted,

                                               **/s/Brian Nicholas, Esquire**
                                               Brian Nicholas, Esquire
                                               Thomas Puleo, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322  FAX (215) 627-7734