# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG B ELLIS                                    Chapter 13
LISA E ELLIS

      Debtor    Bankruptcy No. 16-17946-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

  AND NOW, this ___21st___ day of ___September___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-

Debtor:
CRAIG B ELLIS
LISA E ELLIS
122 LOWER HOPEWELL ROAD

OXFORD, PA 19363