United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Craig B Ellis  
Lisa E Ellis  
    Debtors

Case No. 16-17946-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Sep 22, 2017  
                       Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
```
db/jdb         +Craig B Ellis,    Lisa E Ellis,    122 Lower Hopewell Road,    Oxford, PA 19363-1163
13822732        Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
13844542       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 23 2017 01:07:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2017 01:07:13       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2017 01:07:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2017 01:03:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13822731       +E-mail/Text: cio.bncmail@irs.gov Sep 23 2017 01:06:39      Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
13872979       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 23 2017 01:21:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13822730*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-9 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-9 bkgroup@kmllawgroup.com
          MICHAEL G. DEEGAN    on behalf of Debtor Craig B Ellis mgdeegan@comcast.net
          MICHAEL G. DEEGAN    on behalf of Joint Debtor Lisa E Ellis mgdeegan@comcast.net
          REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-9 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG B ELLIS                    Chapter 13
LISA E ELLIS

            Debtor            Bankruptcy No. 16-17946-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this \_\_\_21st\_\_\_ day of \_\_September\_\_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-

Debtor:
CRAIG B ELLIS
LISA E ELLIS
122 LOWER HOPEWELL ROAD

OXFORD, PA 19363